UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE J. CHANCE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND DOES 1-10,<br><br>　　　　　Defendants. | CASE NO.: 1:15-CV-01889---JLT<br><br>**ORDER ON JOINT STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE AND INITIAL SCHEDULING CONFERENCE**<br><br>(Doc. 17) |

The parties have stipulated to continue the scheduling conference to allow them more time to make settlement efforts. Good cause appearing, the Court **ORDERS**:

1. The status conference and mandatory scheduling conference are continued to May 6, 2016 at 8:30 a.m.;

2. The parties **SHALL** file their joint scheduling report no later than April 29, 2016;

3. **No later than March 15, 2016**, the parties **SHALL** file their consent/decline to magistrate judge jurisdiction as previously ordered by the Court on December 21, 2015 (Doc. 5).

IT IS SO ORDERED.

　Dated:　**March 1, 2016**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE