UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE J. CHANCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant.<br><br>AND RELATED CROSS ACTION | Case No.: 1:15-cv-01889 DAD JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 22) |

On April 27, 2016, the parties notified the Court they had reached a settlement of the matter. (Doc. 22) They request the Court "retain jurisdiction"[1] for 120 days during which time they will move the Court for approval of the minors' compromise. Id. at 1-2. They estimate that the petition for approval of the minors' compromise will be filed by May 2, 2016[2]. Thus, the Court **ORDERS**:

　　1.　　The motion for the minors' compromise SHALL be filed no later than **May 6, 2016**[3];

　　2.　　All other pending dates, conferences and hearings are **VACATED** and any other

---

[1] This is unnecessary because the Court does not lose jurisdiction merely because the parties have agreed to settle the case. See L.R. 202(b)(2).
[2] The motion for approval of the minors' compromise must be filed before District Judge Dale A. Drozd. Judge Drozd hears such matters on the first and third Tuesdays at 9:30 a.m. in Courtroom 5.
[3] The Court will set the deadline by which to file the dismissal documents if the minors' compromise is approved.

1

pending motions are ordered **TERMINATED.**

**Failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated: **April 28, 2016**         **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE