UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE J. CHANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | No.  1:15-cv-01889-DAD-JLT<br><br>ORDER DIRECTING PARTIES TO FILE MINORS' SETTLEMENT AGREEMENT |
| AND ALL RELATED ACTIONS | |

On May 24, 2016, the parties filed a joint motion to approve a compromise of the minors' claims in this action.  (Doc. No. 24.)  In light of this request, the parties are directed to file with the court a copy of the settlement agreement referenced therein, no later than June 16, 2016.  The parties are further advised that they may redact or omit sensitive information such as the minors' names, in accordance with Local Rule 140(a).

IT IS SO ORDERED.

Dated:   **June 12, 2016**                                    _____
                                                                                   UNITED STATES DISTRICT JUDGE

1